# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MARINE ENVIRONMENTAL REMEDIATION GROUP LLC AND MER GROUP PUERTO RICO LLC,**<br><br>    Plaintiffs,<br><br>        v.<br><br>**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,**<br><br>    Defendant. | **CIVIL NO. 18-1179 (PAD)** |

## JUDGMENT

In accordance with the Order issued today (Docket No. 44), judgment is hereby entered administratively closing this case.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 8th day of February, 2019.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge
